IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAI INGRAM, | : | |
| Petitioner, | : | 1:12-cv-1900 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| DEBRA SAUERS, *et al.*, | : | |
| Respondents. | : | |

# ORDER

## April 10, 2015

**NOW, THEREFORE,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

s/ John E. Jones III<br>John E. Jones III<br>United States District Judge